Yes, Your Honor, I'm Walter DeForest and I represent Teledyne Scientific & Imaging. I got a call at 5 o'clock this morning that the matter had been resolved and I sent the appropriate notice to the clerk as soon as I got that, Your Honor. The parties are in different geographic locations. Their client is in France and England and they've been negotiating over the night, Your Honor. Oh, so it was resolved. On the merits. What you wanted... The whole thing. Let's get straight to what you want. Do you want this matter to go off the calendar, subject to be resetting in case something happens to the settlement, or are you just dismissing your appeal? The matter is there's a settlement agreement signed, Your Honor, and I'll be filing a formal paper withdrawing and they'll be filing papers in England with me. Why don't you file a motion to dismiss the appeal in light of the joint settlement and then we can grant that. Yes, Your Honor. I'll file that Monday, Your Honor. That's acceptable. You want to file it today? Well, I'll try to file it today. Yeah. We'll help you out. All right, Your Honor. I'll get it filed today. I'll have somebody... Do you want to make an appearance? Your Honor, my name is Ted Torres. To my right is Adrian Ward. We're from Ellenhoff Grossman and we represent Chaoptic. We join in what counsel has said. We understand as well that there's a signed agreement between the parties, and I believe they signed it in the last several hours, by the way. Just in the nick of time. Yes, Your Honor. Something about a court appearance, in fact, makes people's thinking, Your Honor. Right. Samuel Johnson said that the prospect of a hanging serves admirably to concentrate the mind. I do, Your Honor. Yeah, and... I'm sorry, folks. Can't you come up with something a little more cheerful? I'm on the rack. So... Anyway, I had some kind words of wisdom, but I've been preempted. So thanks for coming here and enjoying our weather. You like our weather here? Very much so. It's good. Nice day. We enjoyed the sunshine as well, Your Honor. Thank you. And your courthouse is very beautiful. Oh, it is. Yeah. So you can go out and get some vitamin D, huh? So I get it correct. I'll file a motion to discontinue the appeal. Dismiss the appeal. Dismiss the appeal. Joint motion. Joint motion. I'll dismiss the appeal, and then we'll grant it. Thank you, Your Honor. The night of the settlement. Thank you. Thank you. Good morning, everybody. Oh, I was going to suggest that you might send your people over to Cairo today. Maybe they can make a deal. Send them that one, too. Okay. Thank you, Your Honor. Thank you. All right. Thank you very much. And let's see. Now we'll take up the first item on the calendar. Teresita Rigo Apute versus Eric Holder.
judges: Pregerson, Wardlaw, Bea